August 31, 2006

Ms. Karla Whitsitt
Assistant City Attorney
P.O. Box 1152
Midland, TX 79702

Mr. William M. Boyd
Boyd Veigel, P.C.
P. O. Box 1179
McKinney, TX 75070
Mr. Steven C. Haley
Moorman, Tate, Moorman, Urquhart & Haley, L.L.P.
P.O. Box 1808
Brenham, TX 77834-1808

Mr. Robert C. Lyon
Robert Lyon & Associates
3301 Century Drive, Suite A
Rowlett, TX 75088

RE: Case Number: 03-0185
 Court of Appeals Number: 08-02-00087-CV
 Trial Court Number: 11143

Style: THE CITY OF MIDLAND
 v.
 ROGER GOERLITZ, D/B/A AMERICAN WOOD WASTE RECYCLING

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and remands the case to the trial court.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Denise |
| |Pacheco |
| |Ms. Shauna Brown|
| | |
| |Mr. P. Michael |
| |Jung |